UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEEL PIZZA COMPANY, ) | Civil Action No. 1:25-cv-11387 |
| ) | |
| *Plaintiff*, ) | |
| ) | CLASS ACTION |
| v. ) | |
| ) | |
| REPUBLIC SERVICES, INC.; ALLIED WASTE ) | |
| SERVICES OF MASSACHUSETTS, LLC, ) | |
| ) | |
| *Defendant*. ) | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Peel Pizza Company, and Defendants Republic Services, Inc. and Allied Waste Services of Massachusetts, LLC, by and through their undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed without prejudice, with each party bearing its own attorneys' fees, costs, and expenses. The parties also withdraw and terminate all pending motions submitted in this action.

Dated: December 19, 2025

By: */s/ Thomas J. Enright*
Thomas J. Enright (BBO #664564)
Enright Law LLC
696 Reservoir Avenue
Cranston, RI 02910
(401) 526-2620
tom@enrightlawoffice.com

Nicholas W. Armstrong (*pro hac vice*)
Oscar M. Price, IV (*pro hac vice*)
Graham Cotten (*pro hac vice*)
PRICE ARMSTRONG, LLC
1919 Cahaba Road
Birmingham, AL 35223

By: */s/ Martin F. Gaynor III*
Martin F. Gaynor III (BBO# 564384)
Hunton Andrews Kurth LLP
60 State Street, Suite 2400
Boston, Massachusetts 02109
(T): 617-648-2800
(F): 617-433-5022
mgaynor@hunton.com

Meridyth M. Andresen (*pro hac vice*)
Bryan Cave Leighton Paisner LLP
Two North Central Ave., Ste. 2100
Phoenix, Arizona 85004
(T): 602-364-7022

| | |
|---|---|
| Phone: 205.208.9588<br>nick@pricearmstrong.com<br>oscar@pricearmstrong.com<br>graham@pricearmstrong.com | meridyth.andresen@bclplaw.com<br><br>*Attorneys for Defendants* |

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Martin F. Gaynor III, hereby certify that on this 19th day of December 2025, I caused a true and correct copy of the foregoing document to be served via the Court's ECF filing system upon all counsel of record.

                        */s/ Martin F. Gaynor III*
                        Martin F. Gaynor III