UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PEEL PIZZA COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:25-cv-11387-IT |
| | * | |
| REPUBLIC SERVICES, INC., and | * | |
| ALLIED WASTE SERVICES OF | * | |
| MASSACHUSETTS, LLC, | * | |
| | * | |
| Defendants. | * | |

ORDER OF DISMISSAL

December 23, 2025

TALWANI, D.J.

Pursuant to the parties' Joint Stipulation of Dismissal Without Prejudice [Doc. No. 31], Plaintiff's First Amended Complaint [Doc. No. 18] and all pending motions submitted in this action are dismissed. This case is CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge